**RECEIVED**

2005 DEC -9 P 2: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr283-B |
| ) | (21 U.S.C. 844) |
| JOSEPH J. DAVIS ) | |
| ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

### COUNT

On or about the 24th day of October 2005, at Maxwell Air Force Base, Gunter Annex, in the Middle District of Alabama, **JOSEPH J. DAVIS** did knowingly or intentionally possess a controlled substance; to wit, marijuana, in violation of Title 21, Section 844, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ NBF*
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF ALABAMA        )
                        )           **AFFIDAVIT**
COUNTY OF MONTGOMERY    )

The undersigned, being first duly sworn, deposes and says:

I am a security forces officer at Maxwell Air Force Base, Gunter Annex, Alabama. On or about the 24th of October, 2005, at approximately 1855 hours, I, SSgt JOSHUA J. ANDERSON, observed JOSEPH J. DAVIS sitting in the a white ES300 Lexus vehicle at the Congress Dickenson Gate. As I approached the vehicle I observed that the eyes of JOSEPH J. DAVIS were bloodshot and his movements appeared uncoordinated. I also immediately detected a scent of marijuana coming from the vehicle. I asked JOSEPH J. DAVIS to step out of the vehicle, along with the passenger, Robert M. Wood, a juvenile. I asked JOSEPH J. DAVIS if he knew why he was being stopped. He replied, "Because the car smells like weed." JOSEPH J. DAVIS then voluntarily admitted that he and Robert Wood had been smoking marijuana and that there was still marijuana in his vehicle. JOSEPH J. DAVIS gave me verbal consent to search both his person and the vehicle. I found a small bag of what I believed to be marijuana inside the center console of the Lexus. SSgt Schleret tested the green leafy substance found in the Lexus using the NARK II test kit and it came back positive for marijuana.

JOSHUA J. ANDERSON, SSgt, USAF

Subscribed and sworn to before me this _15th_ day of _November_, 20 _05_.

Notary Public
My commission expires _____

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS