# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                      ) | 2:05CR283-B |
| ) | |
| JOSEPH J. DAVIS,        ) | |
| ) | |
| *Defendant*.            ) | |

## NOTICE OF APPEARANCE

**COMES NOW,** Tiernan (Terry) W. Luck, III, Esq., and enters his appearance as retained counsel on behalf of the defendant in the above-styled action.

Dated this the 5th day of January 2006.

Respectfully Submitted,

*/S/ Tiernan W. Luck, III*
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2006, I electronically filed the foregoing with the Clerk of Court for the united States District Court for the Middle District of Alabama using the CM/ECF System which will send notification of such filing to:

Kent Brunson, Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, AL
and
Capt. Neal B Frazier, Special Asst. U.S. Attorney, HQ AU/JA, 50 LeMay Plaza South, Maxwell AFB, AL

Dated this the 5th Day of January 2006.

                                                     */S/ Tiernan W. Luck, III*