# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V ) | 2:05-CR-000283-DRB |
| ) | |
| JOSEPH J. DAVIS ) | |

## MOTION TO CONTINUE

COMES NOW, Joseph J. Davis, by and through undersigned retained counsel, and moves this Honorable Court to continue the trial of this matter. As basis for such request, Defendant asserts the following:

1. Defendant Joseph Davis is charged with possession of marijuana in violation of 21 U.S.C. § 844. Defendant Davis is nineteen years of age at the time of this filing. This case is set for trial before this Honorable Court without a jury.

2. An application for Pretrial Diversion has been made, but no decision has been reached.

3. In the unlikely event Defendant is denied acceptance into pretrial diversion, a change of plea is expected.

4. It is believed that Captain Neal Frazier, Special Assistant United States Attorney, who is assigned this case, is on Temporary Duty (TDY) and will not be available for trial.

5. Defense counsel has opportunity to vacation in South Carolina during the spring break week beginning March 18, 2006.

6. Substitute counsel for the Government does not oppose a continuance.

7.	No party will be prejudiced by a continuance.

Dated this the 15th day of March, 2006.

                          Respectfully submitted,


                          */s/ Tiernan W. Luck, III*
                          Attorney for Defendant


Tiernan W. Luck, III, Attorney at Law, L.L.C.
621 S. Hull Street
Montgomery, AL 36104
(334) 262-5455
(334) 263-1130 facsimile

## CERTIFICATE OF SERVICE

I certify that on the ___ day of _____ 2006, the foregoing document was served on AUSA Kent Brunson and SAUSA Neal Frazier, properly addressed and pre-paid, in the following manner:

[]	Facsimile;
[]	Facsimile, original to follow by United States mail, first class, properly addressed
[]	United States mail, first class, properly addressed;
[]	United States mail, Express Mail delivery;
[]	Federal Express, overnight delivery;
[]	United Parcel Service, overnight delivery
[]	Hand delivery;
[]	Email, original to follow by United States mail, first class, properly addressed
[x]	Through CM/ECF by electronic filing

                          */s/ Tiernan W. Luck, III*
                          Attorney for Defendant

Case 2:05-cr-00283-DRB    Document 10    Filed 03/15/2006    Page 3 of 3