IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN, | ) |
| | ) |
| V | ) 2:05-CR-000283-DRB |
| | ) |
| JOSEPH J. DAVIS | ) |

## WAIVER OF RIGHTS OF SPEEDY TRIAL

COMES NOW, Joseph J. Davis, and I hereby waive my right to a speedy trial. It is my understanding that counsel for the Government does not oppose a continuance.

Dated this the 16th day of March, 2006.

Respectfully submitted,

_____
Joseph J. Davis

_____
Tiernan W. Luck, III
Defendant's Attorney
621 S. Hull Street
Montgomery, Alabama 36104
(334) 262-5455
(334) 263-1130 facsimile

RECEIVED
2006 MAR 16  P 3:04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon Capt. Neal Frazier, Special Assistant United States Attorney, HQ AU/JA, 50 LeMay Plaza South, Maxwell AFB, AL 36112-6334, properly addressed and postage prepaid on this the _16th_ day of March, 2006.

_____
OF COUNSEL