IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V | ) | 2:05-cr-000283-DRB |
| | ) | |
| JOSEPH J. DAVIS | ) | |

### MOTION TO CONTINUE

COMES NOW, Joseph J. Davis, by and through undersigned retained counsel, and moves this Honorable Court to continue the trial of this matter.  As basis for such request, Defendant asserts the following:

1. Defendant Joseph Davis is charged with possession of marijuana in violation of 21 U.S.C. § 844.  Defendant Davis is twenty years of age at the time of this filing.  This case is set for trial before this Honorable Court without a jury.

2. An application for Pretrial Diversion has been made, and the Defendant has been accepted into the program.

3. Captain Neal Frazier, Special Assistant United States Attorney, who is assigned this case does not oppose a continuance.

4. No party will be prejudiced by a continuance.

Dated this the 14th day of July, 2006.

Respectfully submitted,


/s/ *Tiernan W. Luck, III*_____
Attorney for Defendant

Tiernan W. Luck, III, Attorney at Law, L.L.C.
621 S. Hull Street
Montgomery, AL 36104
(334) 262-5455
(334) 263-1130 facsimile

## CERTIFICATE OF SERVICE

I certify that on the 14th day of July, 2006, the foregoing document was served on SAUSA Neal Frazier, properly addressed through CM/ECF by electronic filing.

                                              /s/ *Tiernan W. Luck, III*
                                              Attorney for Defendant