IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | 2006 JUL 17  A 9: 11 |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-283  P. HACKETT, CLK |
| | ) | U.S. DISTRICT COURT |
| JOSEPH DAVIS | ) | MIDDLE DISTRICT ALA |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information with prejudice heretofore filed in the above styled cause on the grounds, to wit: <u>In the best interest of justice.</u>

Respectfully submitted this the 17th day of July, 2006.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787