IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-00283-DRB |
| | ) | WO |
| JOSEPH DAVIS | ) | |

## ORDER ON MOTION

For good cause based on the dismissal of the Information by Order filed herewith, it is

ORDERED that Defendant's unopposed *Motion to Continue* (Doc.13, July 14, 2006) is

DENIED AS MOOT.

Done this 17TH day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE