IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-283-DRB |
| | ) | |
| JOSEPH DAVIS | ) | |

## ORDER ON MOTION

Upon consideration of the United States' *Motion for Leave to Dismiss Information*, with

prejudice as to Joseph Davis,(Doc. 14,  July 17, 2006), it is, for good cause shown

**ORDERED** that the *Motion* is **GRANTED.**

DONE this 17th  day of July, 2006.

### /s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

DISMISSAL OF COMPLAINT

Comes now the United States of America with leave of the Court first had and obtained

and dismisses the Complaint heretofore filed in the above styled cause as to Joseph Davis.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
kent.brunson@usdoj.gov